17/BK

## SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

GREGORY SMITH              )
1225 M Street NE          )
Washington, DC 20002     )

    Plaintiff,             )

      v.                 )

DISTRICT OF COLUMBIA   )
1350 Pennsylvania Ave NW  )  Civ. No.
Washington, DC 20004     )

    Serve: Office of the Attorney General  )
           For the District of Columbia  )
           Darlene Fields or Tonia Robinson  )
           441 4th Street NW, 6th Floor South  )
           Washington, DC 20001  )

D.C. DEPARTMENT OF CORRECTIONS  )
2000 14th Street, NW, Seventh Floor,  )
Washington, DC 20009  )

    Serve: Office of the General Counsel  )
           Maria Amato, Esquire  )
           1923 Vermont Ave NW, STE N 102  )
           Washington, DC 20001  )

WARDEN WILLIAM J. SMITH,  )
*Individually and in his official capacity,*  )
1901 D St SE  )
Washington, D.C. 20003  )

JOHN DOES 1-10 *(being the fictitious names of*  )
*agents and employees of the D.C. Department of*  )
*Corrections who are not presently known to*  )
*Plaintiff)*  )

    Defendants.  )
                         )

Civ. No.   **14 - 0 0 0 7 2 7 0**

> FILED
> CIVIL ACTIONS BRANCH
> NOV 1 4 2014
> Superior Court
> of the District of Columbia
> Washington, DC.

## COMPLAINT AND JURY DEMAND

Plaintiff Gregory Smith, by his attorneys, alleges for his Complaint herein:


Case: 2014 CA 007270 B

## PRELIMINARY STATEMENT

1.      This is a civil rights action arising from the wrongful and unlawful detention of
Plaintiff Gregory Smith.  Mr. Smith was overdetained by the District of Columbia Department of
Corrections ("Department of Corrections") for twenty-three (23) days after he was ordered to be
released by Judge McKenna of the D.C. Superior Court.   Even more egregious, the underlying
charges against Mr. Smith were ultimately dismissed. As a direct and proximate result of Mr.
Smith's overdetention, Mr. Smith suffered substantial damages.

2.      Plaintiffs, through their undersigned counsel, hereby alleges the following:

## JURISDICTION AND VENUE

3.      This civil rights action is brought pursuant to, inter alia, the Fifth and
Fourteenth Amendments to the United States Constitution, 42 U.S.C. § 1983, and other state and
federal laws for relief from commission of tortious acts. This Court has jurisdiction over this
claim pursuant to D.C. Code § 11-921(a)(6).

4.      This Court has personal jurisdiction over the Defendants pursuant to D.C. Code §
13-423(a)(1)-(4).

5.      The acts alleged in this Complaint occurred in the District of Columbia and
therefore venue is proper.

## PARTIES AND RELEVANT PERSONS

6.      Plaintiff Gregory Smith is a citizen of the District of Columbia.  Mr. Smith was
detained at the D.C. Jail by the Department of Corrections from March 18, 2014 until April 10,
2014, despite the Court ordering Mr. Smith's release on March 18, 2014.

7.      Defendant District of Columbia is a municipality and the legal entity responsible
for the acts and omissions of the individuals employed by the Department of Corrections,

2

including the practices, policies, and procedures relating to detention, intake, screening, transfer, and release of detained persons at the D.C. Jail.  The District of Columbia was given notice of the underlying facts and circumstances of this lawsuit pursuant to D.C. Code § 12-309.

8.      The D.C. Department of Corrections is a government agency created in and for the District of Columbia pursuant to D.C. Code § 24–211.01.  Under D.C. Code § 24–211.02a, the D.C. Department of Corrections is responsible for processing and releasing inmates from the Central Detention Facility ("D.C. Jail").  The D.C. Code requires that all inmates must be released within 5 hours of being ordered released pursuant to a court order.

9.      Warden William J. Smith is, upon information and belief, responsible for the corrections officers at the D.C. Jail.  Warden William J. Smith is also, upon information and belief, responsible for establishing the customs, policies, and practices of the D.C. Jail.

10.      In addition to named Defendants, unknown employees of the Department of Corrections are sued herein in their individual and official capacities under the fictitious names of JOHN DOES 1-10 because their true names, capacities and/or degree of responsibility for the acts alleged herein are unknown to Plaintiff at this time.  When Plaintiff ascertains this information, he will amend this Complaint accordingly.  John Does 1-10 are or were at all times mentioned herein employees of the D.C. Department of Corrections. In this capacity, they are or were responsible for the intake and processing of inmates upon arrival at the D.C. Jail, and the eventual release of an inmate upon the conclusion of their sentence or upon an order by the court.  Thus, John Does 1-10 were the custodian(s) of Mr. Smith and responsible for his care and well-being while an inmate at the D.C. Jail.  Plaintiff is informed and believes, and thereon alleges, that John Does 1-10 are legally liable to Plaintiff in some part for the wrongful acts and omissions of which Plaintiff complains herein.

3

## FACTS COMMON TO ALL COUNTS

**Overview of the D.C. Department of Corrections**

11.     The District of Columbia Department of Corrections holds prisoners committed by the District of Columbia Superior Court, and other agencies, in the Central Detention Facility ("DC Jail") and the Correctional Treatment Facility ("CTF").

12.     Warden William J. Smith is the responsible official for all activities, including inmate releases, at the DC Jail.

13.     The records office located at the DC Jail ("Records Office") is responsible for administering and maintaining the records of all persons housed at the DC Jail.   The Records Office is also responsible for ensuring that all persons housed at the DC Jail are released as required by the release date specified in the court orders.

14.     The District of Columbia Superior Court has a policy pursuant to which an in-custody defendant or a defendant ordered into custody may not leave the courtroom without either a commitment order or a release order.

15.     Once a defendant is ordered released, the Department of Corrections begins an administrative release process that results in the prisoner's actual release from the Department of Correction's custody.   Upon information and belief, this process takes from 2 to 2.5 hours to complete.

16.     The Department of Corrections considers "anyone released after 11:59 p.m. on the day they are ordered released" to be classified as "overdetained."

**Plaintiff's Overdetention**

17.     On March 15, 2014, Mr. Smith was arrested and charged in the District of Columbia with a misdemeanor for failure to appear in relation to a prior citation.

4

18.     On March 18, 2014, after the Court had lawfully detained Mr. Smith for 3 days

pursuant to D.C. Code § 23-1322(b)(1)(D), Judge Juliet McKenna of the D.C. Superior Court

ordered Mr. Smith's release from custody in both cases.  Upon information and belief, the

Release Orders were transmitted to the D.C. Jail at 1:28 PM via the Court View computer

system.  The release order is attached hereto as Exhibit 1.

19.     Despite the Court's order on March 18, 2014, the D.C. Department of Corrections

did not release Mr. Smith until April 10, 2014 after a hearing before the Court where Judge

McKenna *again* ordered the D.C. Jail to release Mr. Smith.

20.     On repeated occasions, Mr. Smith stated to the corrections officers at the D.C.

Department of Corrections that the court ordered him to be released, and he demanded that he be

released.  The corrections officers wholly ignored Mr. Smith's requests to be released.  On such

an occasion, corrections officer, John Doe 1, replied, "If you're here, they know you're here and

you're supposed to be here."

21.     Mr. Smith was not ultimately released until April 10, 2014—the date upon which

Judge McKenna learned that Mr. Smith had been held by the Department of Corrections in direct

contravention of Judge McKenna's release order of March 18, 2014.

22.     At all relevant times during Mr. Smith's twenty-three (23) day overdetention he

was placed in a prison cell with a dangerous prisoner who, upon information and belief, had been

found guilty of possession of a loaded fire arm and possession of narcotics with an intent to

distribute.

23.     The underlying misdemeanor charges against Mr. Smith, which allegedly

provided Defendants' justification for the initial detention, were dismissed on September 8,

2014.

24.    As a direct and proximate result of Mr. Smith's twenty-three (23) day overdetention, Mr. Smith was terminated from his job.

25.    As a direct and proximate result of Defendants' conduct, Mr. Smith has suffered significant economic damages and severe emotional harm.

**COUNT I**
**42 U.S.C. § 1983 Claims for Violations of the Fifth and Fourteenth Amendments to the United States Constitution**

26.    The Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

27.    Defendants deprived Mr. Smith of his constitutional right to liberty and deprived him of this liberty without due process of law as required by the Fifth and Fourteenth Amendments to the United States Constitution by detaining Mr. Smith for twenty-three (23) days after he was ordered to be released by the court.

28.    Defendants acted under color of law and acted or purported to act in the performance of official duties under federal, state, county or municipal laws, ordinances, or regulations.

29.    Defendants' conduct violated clearly established constitutional rights of which Defendants knew, or of which a reasonable public official should have known.

30.    The Department of Corrections has a custom, policy, and practice of overdetaining inmates past their court ordered release date.  For example, in 2007 the Department of Corrections admitted that 302 inmates were overdetained, 143 in 2008, 56 in 2009, 85 in 2010, and 22 in 2011 through the end of May. This custom, policy, and practice of overdetaining inmates caused the intentional and unjustified overdetention of Mr. Smith in violation of his constitutional rights.

31.  Similarly, the Department of Corrections had a custom, policy, and practice of:

(a)  incarcerating inmates without any legal authority to do so;

(b)  failing to maintain accurate records of its inmates;

(c)  failing to keep track of inmates within the D.C. Jail;

(d)  failing to process release orders;

(e)  failing to release inmates on the same day of the inmates' court ordered-release;

(f)  misfiling and/or misplacing release orders issued by the courts;

(g)  failing to respond to inmate complaints of overdetention;

(h)  failing to train its correction officer to process release orders; and.

(i)  failing to comply with court orders to release inmates.

These customs, policies, and practices were the direct and proximate cause of the violations of Mr. Smith's constitutional rights.

32.  In addition, the District of Columbia knew, or should have known, of the overdetention problem at the DC Jail given the history of overdetentions by the D.C. Jail. The District of Columbia demonstrated a deliberate indifference to the constitutional rights of the inmates at the D.C. Jail and Mr. Smith particularly, by failing to take any steps to remedy the ongoing constitutional violations occurring from the overdetentions. As a result of the District of Columbia's deliberate indifference, Mr. Smith's constitutional rights were violated. Moreover, the District of Columbia demonstrated a deliberate indifference to the Mr. Smith's Constitutional rights by failing to investigate Mr. Smith's claims that he was being unlawfully detained.

33.  The actions, omission, policies, patterns, practices and customs of Defendants, complained of herein were intentional, reckless, and show a callous disregard for, or deliberate indifference to Mr. Smith's personal safety, security, freedom, and civil and constitutional rights.

7

34.     These violations are compensable pursuant to 42 U.S.C. § 1983. As a direct and proximate result of these Defendants' conduct, Mr. Smith has suffered economic damages and significant physical and emotional harm.

## COUNT II
### Common Law False Imprisonment

35.     Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

36.     Defendants unlawfully deprived Mr. Smith of his liberty by placing him in a jail cell where he was restrained against his will. The detention was unlawful where Mr. Smith was detained in direct contravention of a court order mandating him to be released.

37.     Mr. Smith was falsely imprisoned by correction officers John Does 1-10. At all relevant times, John Does 1-10 were employed by the District of Columbia as corrections officers and were acting within the scope of their employment.

38.     As a direct and proximate result of Defendants' unlawful detention and false imprisonment, Mr. Smith has suffered and continues to suffer damages in an amount to be proven at trial.

39.     WHEREFORE, Plaintiff prays for relief in the form of specific performance judgment awarding compensatory damages, attorney's fees, and any other relief the Court deems proper.

## COUNT III
### Negligence

40.     The Plaintiff realleges and incorporates by reference the allegations contained in the preceding paragraphs of this Complaint as if fully set forth herein.

41.     Defendants breached their duty of reasonable care by negligently acting or

omitting to act such that Mr. Smith suffered wrongful detention which Defendants knew or
should have known would have caused harm to Mr. Smith.

      42.    Defendants were negligent in performing their duties and failed, neglected and/or
refused to properly and fully discharge their responsibilities by, among other things:

        a.  Failing to investigate Mr. Smith's claims that he was ordered to be released
and the he was unlawfully detained;

        b.  Misplacing and/or misfiling Mr. Smith's release order;

        c.  Failing to process Mr. Smith's release;

        d.  Failing to maintain a system to prevent overdetention of inmates;

        e.  Failing to act on a court order;

        f.  Failing to properly train and supervise corrections officers to process release
orders; and,

        g.  Failing to release Mr. Smith on the same day of his court ordered release.

      43.    As a direct and proximate result of the negligence of Defendant in failing to
exercise due care, Plaintiff has suffered and will continue to suffer much physical pain and
mental anguish; has incurred medical expenses and will continue to incur medical expenses; and
has suffered and will continue to suffer mental and physical pain, and emotional distress.
WHEREFORE, Plaintiff prays for relief in the form of a judgment awarding compensatory
damages and any other relief the Court deems proper.

## PRAYER FOR RELIEF

    WHEREFORE, Plaintiff prays for judgment against Defendant, as follows:

      (a)    Awarding Plaintiff compensatory damages, including lost wages and
future lost wages, mental anguish, and emotional distress damages;

      (b)    Awarding Plaintiff punitive damages against John Does 1-10 for their
outrageous, wanton, malicious and reckless conduct with no regard for the
damage it would cause to Plaintiff;

(c)     Awarding Plaintiff costs, expenses and attorney's fees pursuant to 42 U.S.C. § 1988 and any other applicable law; and,

(e)     Awarding any other relief the Court deems just and proper.

## JURY AND TRIAL DEMAND

Plaintiff hereby demands a trial by jury with respect to each claim in this Complaint.

Respectfully submitted,

_Brendan Klaproth_

Brendan Klaproth (D.C. Bar No. 999360)
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
Telephone: 202-618-2344
Email: Bklaproth@klaprothlaw.com

David Akulian (D.C. Bar No. 1005750)
406 5th Street NW
Suite 200
Washington, DC 20001
Telephone: 202-505-2113
Email: info@NotGuiltyInDC.com
*Attorney for Plaintiff*

# EXHIBIT 1

to

## COMPLAINT

## GREGORY SMITH v. DISTRICT OF COLUMBIA

RELEASE ORDER



# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES
vs.

GREGORY P SMITH

Case No: 2014 CMD 004452

PDID: 661106

DCDC#:

## RELEASE ORDER

TO: Superintendent, D.C. Jail

It is HEREBY ORDERED that the defendant be released from custody in this case.

_____
Svetlana Polonchuk, DEPUTY CLERK

JULIET J MCKENNA

JUDGE

Date: March 18, 2014

# RELEASE

Received by DUSM: ___JDL___ Badge#: 4256 Signature: ___J___ Date: 03-18-14 Time: 1358





# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CRIMINAL DIVISION

UNITED STATES
vs.

GREGORY P SMITH

Case No: 2012 CMD 007806

PDID: 661106

DCDC#:

### RELEASE ORDER

TO: Superintendent, D.C. Jail

It is HEREBY ORDERED that the defendant be released from custody in this case.

_____
Svetlana Polonchuk, DEPUTY CLERK

JULIET J MCKENNA
JUDGE

Date: March 18, 2014

# RELEASE

Received by DUSM: _____ Badge#: _____ Signature: _____ Date: 03-18-14 Time: 1335
Printed Name



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Telephone: (202) 879-1133

_Gregory Smith_

Plaintiff

vs.

Case Number 14 - 0 0 0 7 2 7 0

_District of Columbia_
_Office of the Mayor_

Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Brendan Klyproth_
Name of Plaintiff's Attorney

_406 5th Street NW, #350_
Address
_Washington DC 20001_

_202-618-2341_
Telephone

_Clerk of the Court_

By _Adrienne J. Maul_
Deputy Clerk

Date _11/4/2014_

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오      የትርጉም እገዛ ከፈለጉ (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                    CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

_____
                                        Demandante

        contra
                                                    Número de Caso: _____

_____
                                        Demandado

### CITATORIO

Al susodicho Demandado:

    Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

    A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

                                    *SECRETARIO DEL TRIBUNAL*

_____
Nombre del abogado del Demandante

                        Por: _____
_____
Dirección                                                     Subsecretario

_____
                        Fecha _____
_____
Teléfono

如需翻译,请打电话 (202) 879-4828        Veuillez appeler au (202) 879-4828 pour une traduction        Để có một bài dịch, hãy gọi (202) 879-4828

    번역을 원하시면, (202) 879-4828 로 전화주십시오         የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

    **IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.**

    Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

                    **Vea al dorso el original en inglés**
                    **See reverse side for English original**

                                                                CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
Washington, D.C. 20001 Telephone: (202) 879-1133

_Gregory Smith_
_____
Plaintiff

vs.

**14 - 0 0 0 7 2 7 8**

Case Number _____

_District of Columbia - Office of the Attorney_
_____
Defendant _General_

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Brendon Klaproth_
_____
Name of Plaintiff's Attorney

_406 5th Street NW / Suite 350_
_____
Address
_Washington DC 20001_
_____
_202-618-2344_
_____
Telephone

_Clerk of the Court_

By _Adrienne J. Marsh_
_____
Deputy Clerk

Date ____11/14/2014____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시오     ኦ ትርጉም ከፈለጉ በ (202) 879-4828 ይደውሉ

IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                    CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
Demandante

contra

Número de Caso: _____

_____
Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____
Nombre del abogado del Demandante

_____
Dirección

_____
Teléfono

*SECRETARIO DEL TRIBUNAL*

Por: _____
                                    Subsecretario

Fecha _____

如需翻译,请打电话 (202) 879-4828      Veuillez appeler au (202) 879-4828 pour une traduction      Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오      የአማርኛ ተርጓሚ ለማግኘት (202) 879-4828 ይደውሉ

IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO*.

Si desea converser con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

**Vea al dorso el original en inglés**
**See reverse side for English original**

CASUM.doc



**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Telephone: (202) 879-1133**

*Gregory Smith*
_____
Plaintiff

vs.

*D.C. Department of Corrections*
_____
Defendant

Case Number **14 - 0 0 0 7 2 7 8**
_____

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Brendan Klaproth*
_____
Name of Plaintiff's Attorney

*406 5th Street NW, #350*
_____
Address

*Washington, DC 20001*
_____

*202-618-2344*
_____
Telephone

*Clerk of the Court*

By *Adrienne J. Marsh*
_____
Deputy Clerk

Date *11/14/2014*
_____

如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화하십시오     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANT: IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, _DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME._**

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                                                          CASUM.doc



**TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA**
**DIVISIÓN CIVIL**
500 Indiana Avenue, N.W., Suite 5000
Washington, D.C. 20001 Teléfono: (202) 879-1133

_____
                                    Demandante

        contra

                                    Número de Caso: _____

_____
                                    Demandado

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

_____          *SECRETARIO DEL TRIBUNAL*
Nombre del abogado del Demandante

                                              Por: _____
_____
Dirección                                                    Subsecretario

_____          Fecha _____
Teléfono

如需翻译,请打电话 (202) 879-4828          Veuillez appeler au (202) 879-4828 pour une traduction          Dể có một bài dịch, hãy gọi (202) 879-4828

번역을 원하시면, (202) 879-4828 로 전화주십시오          የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, _NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO_.**

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

**Vea al dorso el original en inglés**
**See reverse side for English original**

CASUM.doc

# Superior Court of the District of Columbia

## CIVIL DIVISION- CIVIL ACTIONS BRANCH

### INFORMATION SHEET

___Gregory Smith___

vs

Case Number: **14 - 0 0 0 7 2 7 8**

Date: 11/14/2014

___District of Columbia___

☐ One of the defendants is being sued in their official capacity.

| | |
|---|---|
| Name: *(Please Print)* <br> **Brendan Klaproth** | Relationship to Lawsuit |
| Firm Name: **Klaproth Law PLLC** | ☒ Attorney for Plaintiff |
| Telephone No.: 202-618-2344    Six digit Unified Bar No.: 999360 | ☐ Self (Pro Se) <br> ☐ Other: _____ |

TYPE OF CASE: ☐ Non-Jury    ☒ 6 Person Jury    ☐ 12 Person Jury

Demand: $ 5,000,000.00 _____    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: _____   Judge: _____   Calendar #: _____

Case No.: _____   Judge: _____   Calendar#: _____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

### A. CONTRACTS                 COLLECTION CASES

| | | |
|---|---|---|
| ☐ 01 Breach of Contract | ☐ 07 Personal Property | ☐ 14 Under $25,000 Pltf. Grants Consent |
| ☐ 02 Breach of Warranty | ☐ 09 Real Property-Real Estate | ☐ 16 Under $25,000 Consent Denied |
| ☐ 06 Negotiable Instrument | ☐ 12 Specific Performance | ☐ 17 OVER $25,000 Pltf. Grants Consent |
| ☐ 15 Special Education Fees | ☐ 13 Employment Discrimination | ☐ 18 OVER $25,000 Consent Denied |
| ☐ 10 Mortgage Foreclosure | | |

### B. PROPERTY TORTS

| | | |
|---|---|---|
| ☐ 01 Automobile | ☐ 03 Destruction of Private Property | ☐ 05 Trespass |
| ☐ 02 Conversion | ☐ 04 Property Damage | ☐ 06 Traffic Adjudication |
| ☐ 07 Shoplifting, D.C. Code § 27-102 (a) | | |

### C. PERSONAL TORTS

| | | |
|---|---|---|
| ☐ 01 Abuse of Process | ☐ 09 Harassment | ☐ 17 Personal Injury- (Not Automobile, Not Malpractice) |
| ☐ 02 Alienation of Affection | ☐ 10 Invasion of Privacy | ☐ 18 Wrongful Death (Not Malpractice) |
| ☐ 03 Assault and Battery | ☐ 11 Libel and Slander | ☐ 19 Wrongful Eviction |
| ☐ 04 Automobile- Personal Injury | ☐ 12 Malicious Interference | ☐ 20 Friendly Suit |
| ☐ 05 Deceit (Misrepresentation) | ☐ 13 Malicious Prosecution | ☐ 21 Asbestos |
| ☐ 06 False Accusation | ☐ 14 Malpractice Legal | ☐ 22 Toxic/Mass Torts |
| ☒ 07 False Arrest | ☐ 15 Malpractice Medical (Including Wrongful Death) | ☐ 23 Tobacco |
| ☐ 08 Fraud | ☐ 16 Negligence- (Not Automobile, Not Malpractice) | ☐ 24 Lead Paint |

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Jun 13

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
**500 Indiana Avenue, N.W., Suite 5000**
Washington, D.C. 20001 Telephone: (202) 879-1133

*Gregory Smith*
_____
Plaintiff

vs.

*Warden William J. Smith*
_____
Defendant

**14 - 0 0 0 7 2 7 8**
Case Number _____

## SUMMONS

To the above named Defendant:

        You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

        You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Brendan Klapoth*
_____
Name of Plaintiff's Attorney

*406 5th Street N/W, #350*
_____
Address
*Washington, DC 2001*
_____
*202-618-2344*
_____
Telephone

*Clerk of the Court*

By *Adrienne J. Marsh*
_____
Deputy Clerk

Date *11|14| 2014*
_____

如需翻译,请打电话 (202) 879-4828     Veuillez appeler au (202) 879-4828 pour une traduction     Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화하십시오      የትርጉም ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

        **IMPORTANT:** IF YOU FAIL TO FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, *DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME.*

        If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-682-2700) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

See reverse side for Spanish translation
Vea al dorso la traducción al español

FORM SUMMONS - Jan. 2011                                                                    CASUM.doc



## TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA
### DIVISIÓN CIVIL
**500 Indiana Avenue, N.W., Suite 5000**
**Washington, D.C. 20001 Teléfono: (202) 879-1133**

|  | Demandante |
|---|---|
| contra |  |
|  | Número de Caso: _____ |
|  | Demandado |

### CITATORIO

Al susodicho Demandado:

Por la presente se le cita a comparecer y se le require entregar una Contestación a la Demanda adjunta, sea en persona o por medio de un abogado, en el plazo de veinte (20) días contados después que usted haya recibido este citatorio, excluyendo el día mismo de la entrega del citatorio. Si usted está siendo demandado en calidad de oficial o agente del Gobierno de los Estados Unidos de Norteamérica o del Gobierno del Distrito de Columbia, tiene usted sesenta (60) días contados después que usted haya recibido este citatorio, para entregar su Contestación. Tiene que enviarle por correo una copia de su Contestación al abogado de la parte demandante. El nombre y dirección del abogado aparecen al final de este documento. Si el demandado no tiene abogado, tiene que enviarle al demandante una copia de la Contestación por correo a la dirección que aparece en este Citatorio.

A usted también se le require presentar la Contestación original al Tribunal en la Oficina 5000, sito en 500 Indiana Avenue, N.W., entre las 8:30 a.m. y 5:00 p.m., de lunes a viernes o entre las 9:00 a.m. y las 12:00 del mediodía los sábados. Usted puede presentar la Contestación original ante el Juez ya sea antes que Usted le entregue al demandante una copia de la Contestación o en el plazo de cinco (5) días de haberle hecho la entrega al demandante. Si usted incumple con presentar una Contestación, podría dictarse un fallo en rebeldía contra usted para que se haga efectivo el desagravio que se busca en la demanda.

*SECRETARIO DEL TRIBUNAL*

Nombre del abogado del Demandante
_____

Por: _____

Dirección
_____                    Subsecretario

_____

Fecha _____

Teléfono
如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction    Để có một bài dịch, hãy gọi (202) 879-4828
번역을 원하시면, (202) 879-4828 로 전화주십시요     የአማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ

**IMPORTANTE: SI USTED INCUMPLE CON PRESENTAR UNA CONTESTACIÓN EN EL PLAZO ANTES MENCIONADO, O, SI LUEGO DE CONTESTAR, USTED NO COMPARECE CUANDO LE AVISE EL JUZGADO, PODRÍA DICTARSE UN FALLO EN REBELDÍA CONTRA USTED PARA QUE SE LE COBRE LOS DAÑOS Y PERJUICIOS U OTRO DESAGRAVIO QUE SE BUSQUE EN LA DEMANDA. SI ESTO OCURRE, PODRÍAN RETENERLE SUS INGRESOS, O PODRÍAN TOMAR SUS BIENES PERSONALES O RAÍCES Y VENDERLOS PARA PAGAR EL FALLO. SI USTED PRETENDE OPONERSE A ESTA ACCIÓN, *NO DEJE DE CONTESTAR LA DEMANDA DENTRO DEL PLAZO EXIGIDO.***

Si desea conversar con un abogado y le parece que no puede afrontar el costo de uno, llame pronto a una de nuestras oficinas del Legal Aid Society (202-628-1161) o el Neighborhood Legal Services (202-682-2700) para pedir ayuda o venga a la Oficina 5000 del 500 Indiana Avenue, N.W., para informarse de otros lugares donde puede pedir ayuda al respecto.

**Vea al dorso el original en inglés**
**See reverse side for English original**

CASUM.doc

# Information Sheet, Continued

**C. OTHERS**

☐ 01 Accounting
☐ 02 Att. Before Judgment
☐ 04 Condemnation (Emin. Domain)
☐ 05 Ejectment
☐ 07 Insurance/Subrogation
    Under $25,000 Pltf.
    Grants Consent
☐ 08 Quiet Title
☐ 09 Special Writ/Warrants
    (DC Code § 11-941)

☐ 10 T.R.O./ Injunction
☐ 11 Writ of Replevin
☐ 12 Enforce Mechanics Lien
☐ 16 Declaratory Judgment
☐ 17 Merit Personnel Act (OEA)
    (D.C. Code Title 1, Chapter 6)
☐ 18 Product Liability
☐ 24 Application to Confirm, Modify,
    Vacate Arbitration Award
    (DC Code § 16-4401)

☐ 25 Liens: Tax/Water Consent Granted
☐ 26 Insurance/ Subrogation
    Under $25,000 Consent Denied
☐ 27 Insurance/ Subrogation
    Over $25,000 Pltf. Grants Consent
☐ 28 Motion to Confirm Arbitration
    Award (Collection Cases Only)
☐ 29 Merit Personnel Act (OHR)
☐ 30 Liens: Tax/ Water Consent Denied
☐ 31 Housing Code Regulations
☐ 32 Qui Tam
☐ 33 Whistleblower
☐ 34 Insurance/Subrogation
    Over $25,000 Consent Denied

**II.**

☐ 03 Change of Name
☐ 06 Foreign Judgment
☐ 13 Correction of Birth Certificate
☐ 14 Correction of Marriage
    Certificate

☐ 15 Libel of Information
☐ 19 Enter Administrative Order as
    Judgment [ D.C. Code §
    2-1802.03 (h) or 32-1519 (a)]
☐ 20 Master Meter (D.C. Code §
    42-3301, et seq.)

☐ 21 Petition for Subpoena
    [Rule 28-I (b)]
☐ 22 Release Mechanics Lien
☐ 23 Rule 27(a) (1)
    (Perpetuate Testimony)
☐ 24 Petition for Structured Settlement
☐ 25 Petition for Liquidation

_____
**Attorney's Signature**

_____
11/14/2014
**Date**

CV-496/Jun 13



**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

GREGORY SMITH
    Vs.
                                  C.A. No.      2014 CA 007278 B
DISTRICT OF COLUMBIA et al

## INITIAL ORDER AND ADDENDUM

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case has assigned to the individual calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption. On filing any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of serving on each defendant: copies of the Summons, the Complaint, and this Initial Order. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive pleading. As to the defendant who has failed to respond, a default and judgment will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge at an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each Judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

                                          Chief Judge Lee F. Satterfield

Case Assigned to: Judge MAURICE ROSS
Date:  November 14, 2014
Initial Conference: 9:00 am, Friday, February 13, 2015
Location:  Courtroom 100
           500 Indiana Avenue N.W.
           WASHINGTON, DC  20001                     Caio.doc

## ADDENDUM TO INITIAL ORDER AFFECTING
## ALL MEDICAL MALPRACTICE CASES

In accordance with the Medical Malpractice Proceedings Act of 2006, D.C. Code § 16-2801, et seq. (2007 Winter Supp.), "[a]fter an action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ("ISSC"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC." D.C. Code § 16-2821.

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www.dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Both forms also are available in the Multi-Door Dispute Resolution Office, Suite 2900, 410 E Street, N.W. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. *Pro se* Plaintiffs who elect not to eFile may file by hand in the Multi-Door Dispute Resolution Office.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following persons are required by statute to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case. D.C. Code § 16-2824.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code § 16-2826. Any Plaintiff who is *pro se* may elect to file the report by hand with the Civil Clerk's Office. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Lee F. Satterfield

Caio.doc

**Filed**
**D.C. Superior Court**
**01/16/2015 18:44PM**
**Clerk of the Court**

## THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

| | |
|---|---|
| GREGORY SMITH<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civ. No.:   14 CA 007278 B<br>) Judge:     Hon. Judge Maurice Ross |
| DISTRICT OF COLUMBIA, *et al.* | ) Next Event: Initial Scheduling Conference<br>)            February 13, 2015 |
|     Defendants. | )<br>) |

### PLAINTIFF'S MOTION TO EXTEND THE TIME FOR SERVICE

Pursuant to Rule 4(m) of the D.C. Superior Court Rules of Civil Procedure, Plaintiff Gregory Smith, by and through counsel, respectfully moves this Court to enter an Order to extend the time for service by sixty (60) days.

As set forth in the enclosed Statement of Points and Authorities, there is good cause to extend the time for service. Moreover, there has been no previous extensions of time for service.

Dated: January 16, 2015                         Respectfully submitted,

                                          /s/ Brendan Klaproth
                                Brendan Klaproth (D.C. Bar No. 999360)
                                Klaproth Law PLLC
                                406 5th Street NW
                                Suite 350
                                Washington, DC 20001
                                Telephone: 202-618-2344
                                Email: Bklaproth@klaprothlaw.com

                                David Akulian (D.C. Bar No. 1005750)
                                406 5th Street NW
                                Suite 200
                                Washington, DC 20001

Telephone: 202-505-2113
Email: info@NotGuiltyInDC.com
*Attorneys for Plaintiff*

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

|  |  |
|---|---|
| GREGORY SMITH<br>    Plaintiff, | )<br>)<br>) |
| v. | ) Civ. No.:    14 CA 007278 B<br>) Judge:        Hon. Judge Maurice Ross |
| DISTRICT OF COLUMBIA, *et al.* | ) Next Event: Initial Scheduling Conference<br>)                    February 13, 2015 |
| Defendants. | )<br>) |

**STATEMENT OF POINTS AND AUTHORITIES**
**IN SUPPORT OF**
**PLAINTIFF'S MOTION TO EXTEND THE TIME FOR SERVICE**

Plaintiff, by and through counsel, respectfully submits this Statement of Points and

Authorities in Support of Plaintiff's Motion to Extend the Time for Service by sixty (60) days.

Pursuant to Rule 4(m) of the D.C. Superior Court Rules of Civil Procedure, a motion may

be made to extend the time for service prior within 60 days of filing of the complaint. "The

Court shall extend the period for such time as may be warranted by circumstances." D.C. Super.

Ct. R. Civ. P. 4(m); *see also Wagshal v. Rigler,* 711 A.2d 112 (D.C. 1998) (overturning trial

court's dismissal of case under Rule 4(m)). The circumstances in the present case warrant an

extension of the time for service for the following reasons:

1.      Plaintiff filed a Complaint on November 14, 2014. Plaintiff has taken the

following steps to serve the Defendants thereby warranting an extension for the time to serve.

2.      **Defendant District of Columbia** – Plaintiff served Defendant District of

Columbia through the Office of the Mayor and the Office of the Attorney General on January 5,

2015.  Decl. of Klaproth ¶ 3.  The designated representative for the Mayor's Office and the Office of the Attorney General, Marjorie Thomas, accepted service.  *Id.*

3.      **Defendant Warden William J. Smith** – Pursuant to Rule 4(c)(3), Plaintiff attempted to serve Defendant Warden William J. Smith on January 6, 2015, via certified mail, return receipt requested.  Decl. of Klaproth ¶ 5.  Plaintiff has, however, yet to receive the return receipt.  *Id.* The tracking information (tracking # 9414710200883491358915) indicates that the service documents are still in transit to Defendant D.C. Department of Corrections. *Id.*  If Plaintiff does not receive the return receipt within ten (10) days of this motion, Plaintiff will have Defendant Warden William J. Smith personally served.

4.      **Defendant D.C. Department of Corrections** – Pursuant to Rule 4(c)(3), Plaintiff attempted to serve Defendant D.C. Department of Corrections on January 6, 2015, via certified mail, return receipt requested.  Decl. of Klaproth ¶ 5.  Plaintiff has, however, yet to receive the return receipt.  *Id.*   The tracking information (tracking # 9414710200830559233929) indicates that the service documents are still in transit to Defendant D.C. Department of Corrections. *Id.*  If Plaintiff does not receive the return receipt within ten (10) days of this motion, Plaintiff will have Defendant D.C. Department of Corrections personally served.

Thus, for the reasons set forth above, there is good cause to extend the time for service.  Moreover, there have been no previous extensions requested.  Plaintiff has also diligently pursued serving the Defendants and has outlined the efforts to be made in the future to obtain service.  Accordingly, Plaintiff respectfully requests this Court to grant Plaintiff's Motion to Extend Service.


Dated: January 16, 2015                                  Respectfully submitted,

/s/ Brendan Klaproth

Brendan Klaproth (D.C. Bar No. 999360)
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
Telephone: 202-618-2344
Email: Bklaproth@klaprothlaw.com

David Akulian (D.C. Bar No. 1005750)
406 5th Street NW
Suite 200
Washington, DC 20001
Telephone: 202-505-2113
Email: info@NotGuiltyInDC.com
*Attorneys for Plaintiff*

# EXHIBIT 1

to

## PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE

Declaration of Brendan Klaproth

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

GREGORY SMITH       )
            )
 Plaintiff,        )
            ) Civ. No.:  14 CA 007278 B
 v.          ) Judge:  Hon. Judge Maurice Ross
            ) Next Event: Initial Scheduling Conference
DISTRICT OF COLUMBIA, *et al.*  )      February 13, 2015
            )
 Defendants.      )
            )

## DECLARATION IN SUPPORT OF
## PLAINTIFF'S MOTION TO EXTEND TIME FOR SERVICE

I, BRENDAN KLAPROTH, hereby declare under penalty of perjury:

1. I am an attorney representing the Plaintiff in the above-captioned litigation. As counsel for Mr. Smith, I am familiar with the facts stated herein. I submit this Declaration in support of Plaintiff's Motion to Extend Time for Service.

2. Plaintiff filed a Complaint on November 14, 2014.

3. I personally served Defendant District of Columbia through the Office of the Mayor and the Office of the Attorney General on January 5, 2015. The designated representative for the Mayor's Office and the Office of the Attorney General, Marjorie Thomas, accepted service.

4. Pursuant to Rule 4(c)(3), Plaintiff attempted to serve Defendant D.C. Department of Corrections on January 6, 2015, via certified mail, return receipt requested. Plaintiff has, however, yet to receive the return receipt. The tracking information (tracking # 9414710200830559233929) indicates that the service documents are still in transit to Defendant D.C. Department of Corrections.

1

5.     Pursuant to Rule 4(c)(3), Plaintiff's attempted to serve Defendant Warden

William J. Smith on January 6, 2015, via certified mail, return receipt requested.  Plaintiff has,

however, yet to receive the return receipt.  The tracking information (tracking #

9414710200883491358915) indicates that the service documents are still in transit to Defendant

D.C. Department of Corrections.

I declare and affirm under penalty of perjury that the foregoing is true and

correct.

Executed on January 16, 2015

*Brendan Klaproth*

_____
Brendan Klaproth (D.C. Bar No. 999360)
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
Tel:     202-618-2344
Email: Bklaproth@klaprothlaw.com
*Attorney for Plaintiff*

2

## IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

GREGORY SMITH                              )
                                           )
    Plaintiff,                       )
                                           ) Civ. No.:    14 CA 007278 B
      v.                          ) Judge:       Hon. Judge Maurice Ross
                                           ) Next Event: Initial Scheduling Conference
DISTRICT OF COLUMBIA, *et al.*             )              February 13, 2015
                                           )
    Defendants.                      )
_____ _____  )

### [Proposed] Order

In consideration of Plaintiff's Motion to Extend the Time for Service, on this _____ day

of _____, it is hereby:

**ORDERED** that Plaintiff's Motion is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff shall have an additional sixty (60) days to

effectuate service on all Defendants.

**SO ORDERED.**

_____
Honorable Judge Maurice Ross

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2015, I caused to be served a true and correct copy of the foregoing Plaintiffs' Motion to Extend Time for Service and supporting documents through the court's electronic filing system, as well as by first-class mail on all parties.


Dated: January 16, 2015                     Respectfully submitted,

                                             /s/ Brendan Klaproth
                                            Brendan Klaproth (D.C. Bar No. 999360)
                                            Klaproth Law PLLC
                                            406 5th Street NW
                                            Suite 350
                                            Washington, DC 20001
                                            Tel:    202-618-2344
                                            Email:  bklaproth@klaprothlaw.com

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| GREGORY SMITH | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No.:    14 CA 007278 B |
| | ) Judge:      Hon. Judge Maurice Ross |
| | ) Next Event: Initial Scheduling Conference |
| DISTRICT OF COLUMBIA, et al. | )                February 13, 2015 |
| | ) |
| Defendants. | ) |
| | ) |

**PROOF OF SERVICE FOR**
**DISTRICT OF COLUMBIA – ATTORNEY GENERAL**

I, Brendan Klaproth, hereby declare under penalty of perjury:

1. On January 5, 2015, I personally served a copy of the (1) summons, (2) complaint, and (3) the initial order setting the case for an Initial Scheduling Conference, on the District of Columbia by serving the designated official from the Office of the Attorney General, Majorie Thomas, at approximately 3:20pm.

I declare and affirm under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2015

Respectfully submitted,

Brendan Klaproth (D.C. Bar No. 999360)
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
Telephone: 202-618-2344
Email: Bklaproth@klaprothlaw.com
*Attorney for Plaintiff*

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

GREGORY SMITH )
)
    Plaintiff, )
)
    v. ) Civ. No.:   14 CA 007278 B
) Judge:   Hon. Judge Maurice Ross
DISTRICT OF COLUMBIA *et al.* ) Next Event: Initial Scheduling Conference
)         February 13, 2015
    Defendants. )
)

*FILED CIVIL ACTIONS BRANCH JAN 16 2015 Superior Court of the District of Columbia Washington, DC.*

**PROOF OF SERVICE FOR**
**DISTRICT OF COLUMBIA – MAYOR'S OFFICE**

I, Brendan Klaproth, hereby declare under penalty of perjury:

1. On January 5, 2015, I served a copy of the (1) summons, (2) complaint, and (3)
   the initial order setting the case for an Initial Scheduling Conference, on the
   District of Columbia by personally serving the designated official from the Office
   of the Mayor, Majorie Thomas, at approximately 3:20pm.

I declare and affirm under penalty of perjury that the foregoing is true and correct.

Dated: January 15, 2015                Respectfully submitted,

                             *Brendan Klaproth*

                             Brendan Klaproth (D.C. Bar No. 999360)
                             Klaproth Law PLLC
                             406 5th Street NW
                             Suite 350
                             Washington, DC 20001
                             Telephone: 202-618-2344
                             Email: Bklaproth@klaprothlaw.com
                             *Attorney for Plaintiff*

**IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**



GREGORY SMITH )
)
    Plaintiff, )
)
            v. ) Civ. No.:    14 CA 007278 B
) Judge:      Hon. Judge Maurice Ross
) Next Event: Initial Scheduling Conference
DISTRICT OF COLUMBIA, *et al.* )           February 13, 2015
)
    Defendants. )
)
_____ )

**PROOF OF SERVICE FOR**
**DISTRICT OF COLUMBIA – DEPARTMENT OF CORRECTIONS**

I, DAVID AKULIAN, hereby declare under penalty of perjury:

1. On January 20, 2015, I served a copy of the (1) summons, (2) complaint, and (3) the initial order setting the case for an Initial Scheduling Conference, on the District of Columbia Department of Corrections by personally serving Assistant General Counsel Meghan Murphy at approximately 9:45a.m.

I declare and affirm under penalty of perjury that the foregoing is true and correct.

Dated: January 20, 2015                  Respectfully submitted,

                                David Akulian #1005750
                                Law Office of David Akulian
                                406 5th Street NW
                                Suite 201
                                Washington, DC 20001
                                Telephone: 888-847-9859
                                Email: info@NotGuiltyInDC.com
                                *Attorney for Plaintiff*

**Filed**
**D.C. Superior Court**
**01/22/2015 10:07AM**
**Clerk of the Court**

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

GREGORY SMITH,                          )
                                        )
              Plaintiff,       )   Civil Action No. 2014 CA 7278 B
                                        )   Judge Ross
     v.                                )   Calendar #6
                                        )
DISTRICT OF COLUMBIA, et al.,           )
                                        )
            Defendants.      )

## ORDER

In consideration of Plaintiff's Motion to Extend the Time to Serve, it is this 21st day of

January 2015, hereby:

ORDERED that Plaintiff's Motion is **GRANTED**; and it is

FURTHER ORDERED that Plaintiff shall have until March 23, 2015, to effectuate

service on all Defendants and file proof of the same with the Clerk of the Court; and it is

FURTHER ORDERED, that the Initial Scheduling Conference previously set for

February 13, 2015, is hereby VACATED and re-set for Friday, April 24, 2015 at 9:00 a.m. in

Courtroom 100.

*Maurice A. Ross*

Judge Maurice A. Ross

Copies to:

Brandan Klaproth, Esquire
Klaproth Law PLLC
406 5th Street, NW
Suite 350
Washington, DC 20001

Filed
D.C. Superior Court
01/23/2015 16:27PM
Clerk of the Court

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

|  |  |
|---|---|
| GREGORY SMITH, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
|  | ) |
| Defendants. | ) |

Civil Action No. 2014 CA 007278 B
Judge: Maurice Ross
Next Event: Initial Conference
Date: February 13, 2015 at 9:00 a.m,

## PRAECIPE TO ENTER APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant Attorneys General

Michael K. Addo and Alicia M. Cullen as counsel for Defendant the District of Columbia in the

above-captioned action.

Date: January 23, 2015            Respectfully submitted,

                                  KARL A. RACINE
                                  Attorney General for the District of Columbia

                                  GEORGE C. VALENTINE
                                  Deputy Attorney General, Civil Litigation Division

                                  /s/ Kimberly M. Johnson
                                  KIMBERLY M. JOHNSON
                                  Chief, General Litigation Section I

                                  /s/ Michael K. Addo
                                  MICHAEL K. ADDO [1008971]
                                  Assistant Attorney General
                                  441 Fourth Street, N.W., Sixth Floor South
                                  Washington, D.C. 20001
                                  Phone: (202) 724-6539
                                  Email: michael.addo@dc.gov

                                  /s/ Alicia M. Cullen
                                  ALICIA M. CULLEN [1015227]

Assistant Attorney General
441 Fourth Street, N.W., Sixth Floor South
Washington, D.C. 20001
Phone: (202) 741-0760
Fax: (202) 715-7721
E-mail: alicia.cullen@dc.gov

*Counsel for Defendant the District of Columbia*

### CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2015, a true copy of the foregoing document was

served via the Court's electronic filing system to:

Brendan Klaproth
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
*Counsel for Plaintiff*

/s/ Alicia M. Cullen
ALICIA M. CULLEN
Assistant Attorney General

2