UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY SMITH. <br><br> Plaintiff. <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.* <br><br> Defendants. | Civ. No. 1:15-cv-161 (ABJ) |

**PLAINTIFF'S MOTION FOR COSTS AND FEES**

Plaintiff Gregory Smith hereby moves for: (1) costs and fees against the District of Columbia under Fed. R. Civ. P. 37(c),(d) and the inherent power of the Court to issue sanctions; (2) an order under Fed. R. Civ. P. 37(c)(1) precluding the District from using the TMS data in a motion, at a hearing, or at trial; and (3) an order under Fed. R. Civ. P. 37(c)(1)(B) informing the jury of the District's failure to disclose the TMS data and accurate overdetention reports in a timely manner.   In support of this Motion, Plaintiff refers the Court to the attached Memorandum of Points and Authorities.

Dated:     May 10, 2016

Respectfully submitted,

  /s/ Brendan Klaproth
Brendan Klaproth (D.C. Bar No. 999360)
Klaproth Law PLLC
406 5th Street NW, Suite 350
Washington, DC 20006
Telephone: 202-618-2344
Email: Bklaproth@klaprothlaw.com

David Akulian (D.C. Bar No. 1005750)
406 5th St. NW #201
Washington, D.C. 20001

1

2

Tel:	888-847-9859
Email: info@notguiltyindc.gov
*Attorneys for Plaintiff*