# EXHIBIT 10

to

# PLAINTIFF'S MOTION FOR COSTS AND FEES

DEPOSITION OF JACK JONES

```
                                                                    1
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLUMBIA

 3   - - - - - - - - - - - - - -x

 4    GREGORY SMITH,                  :

 5              Plaintiff,            :

 6       v.                           :  Civ. No. 1:15-cv-161 (ABJ)

 7    DISTRICT OF COLUMBIA,           :

 8    et al.,                         :

 9              Defendants.           :

10   - - - - - - - - - - - - - -x

11

12           CONFIDENTIAL DEPOSITION of JACK JONES

13                    Washington, D.C.

14                 Monday, December 14, 2015

15                       11:31 a.m.

16

17

18

19

20   Job No.: 99720

21   Pages: 1 - 58

22   Reported By: Victoria Lynn Wilson, RMR, CRR
```

13

1   doesn't have any detainers or any other cases, you
2   proceed to run all of his checks to make sure he's
3   able to leave the facility.
4       Q   And how do you check to see if there's a
5   detainer of another case?
6       A   On another case?
7       Q   Uh-huh.
8       A   Well, if he had another case that's been --
9   he's been charged with or committed to by D.C.
10  Superior Court, it will be posted in JACCS.  If he has
11  a detainer -- we receive our detainers through fax and
12  email and it would be posted into the JACCS system.
13  And I would also verify the detainer is active by
14  checking the jacket to make sure there's no detainer
15  release in the record.
16      Q   So what's the jacket?
17      A   The inmate institutional record.
18      Q   And that's a physical file; right?
19      A   Yes.
20      Q   So if we can just take a step back, so you
21  said the first thing you do is verify the document.
22  But going back even a little bit further, how do you

14

1   receive the court return, in this case a release
2   order?
3       A   The release order is -- well, let me -- the
4   way that we receive the release orders now is through
5   TMS.
6       Q   You used the word "now."  Has that changed?
7       A   Yes.
8       Q   When did it change?
9       A   It changed, I want to say two -- two, maybe
10  three years ago.
11      Q   What was it prior to the TMS system?
12      A   Prior to the TMS system, each release order
13  was faxed over to the jail.
14      Q   So two to three years ago.  Is it fair to
15  say that the TMS system was implemented no later than
16  2013?
17      A   Yes.
18      Q   And the TMS system is an electronic system;
19  correct?
20      A   Yes.
21      Q   And who would upload a release order into
22  the TMS system?

15

1      A   Documents are uploaded by a lead legal
2 instrument examiner.
3      Q   And is that person located at the Superior
4 Court or at the D.C. Jail?
5      A   At Superior Court.
6      Q   And do you work at the D.C. Jail or the
7 Superior Court?
8      A   I work at the D.C. Jail.
9      Q   So, then, as a legal instrument examiner,
10 you see when something is uploaded into the TMS
11 system; is that correct?
12      A   Once I click on the transaction, yes.
13      Q   So are documents, such as release orders,
14 uploaded after they're issued?
15      A   Once they reach -- once they reach the lead
16 legal instruments examiner at the court building, yes.
17      Q   And how does it appear to the legal
18 instrument examiner?  Is it almost like -- you've
19 mentioned transactions.  Is it like unopened emails,
20 so to speak, that have to be processed?
21      A   No.  It comes to us in a PDF format within
22 TMS.

31

1    Jack Jones."  Do you have any reason to believe that

2    that statement is not correct?

3             MS. COPPOCK:  Objection to form.  Go ahead.

4        A    No.

5        Q    Do you have any knowledge or recollection if

6    you completed a release authorization form for Gregory

7    Smith on March 18th, 2014?

8        A    No.

9             MR. KLAPROTH:  Let's go off the record

10   briefly.

11            (A discussion was held off the record.)

12   BY MR. KLAPROTH:

13       Q    Mr. Jones, what is an eAgent?

14       A    EAgent is the system that MPD, they have

15   their information in, as far as we're available to

16   look at their warrants and if there are warrants from

17   anywhere else.

18       Q    Let's take a step back.  I just had a few

19   quick questions regarding the TMS system.  When a

20   document, such as a release order, is uploaded into

21   the TS system, does it indicate what time it was

22   uploaded?

32

1    A   Yes, it does.

2    Q   And the information in the TS system is
3  saved for each inmate; is that correct?

4    A   That I'm not sure. I don't know if it's
5  saved after we complete the process. That part I
6  don't know.

7    Q   Okay. Do you have any knowledge if it's
8  deleted?

9    A   That I do not know.

10    Q   When a document, such as a release order, is
11  uploaded into the system and you process a document,
12  are you required to print it out?

13    A   Yes. From TMS, yes.

14    Q   And what do you do with it after you print
15  it out?

16    A   After I print it out, we are supposed to
17  clock it in and begin to review the institutional
18  record and process the paperwork.

19    Q   And does that release order, after it's
20  printed out, go into the institutional file?

21    A   Yes.

22    Q   And in the institutional file, do you have

56

1  Q   And the second part, "Release Order - Jail
2  Sent on 3/18/2014, 13:26:46," what does that mean to
3  you?
4  A   To me, that just means that it was put in
5  the system at that time.
6  Q   Does it indicate that it was received by the
7  D.C. Jail records department that same day?
8  A   No, it doesn't.
9       MS. COPPOCK:  No further questions.
10      MR. KLAPROTH:  I don't have anything
11 further.
12      But I do want to put one thing on the
13 record.  Plaintiff will be requesting the TMS, the
14 native data format which indicates, as the testimony
15 indicated, that it shows the upload date for each
16 document when it's uploaded.  And we're currently
17 outside the discovery request period but we will be
18 seeking that.
19      MS. COPPOCK:  Okay.  Just --
20      MR. KLAPROTH:  And I'll follow-up in
21 writing.
22      MS. COPPOCK:  Right.  Okay.  Perfect.