# TABLE OF EXHIBITS

| | |
|---|---|
| **Exhibit 1** | Release Order (March 18, 2014) (Case No. 2012 CMD 007806) |
| **Exhibit 2** | Release Order (March 18, 2014) (Case No. 2014 CMD 004452) |
| **Exhibit 3** | Release Order (April 10, 2014) (Case No. 2012 CMD 007806) |
| **Exhibit 4** | Release Order (April 10, 2014) (Case No. 2014 CMD 004452) |
| **Exhibit 5** | Gregory Smith Institutional File (To Be Filed Under Seal) |
| **Exhibit 6** | DOC Program Statement: Admission, Transfers, and Releases |
| **Exhibit 7** | Review of Paperflow Process Between the Superior Court, the U.S. Marshal Service and the Department of Corrections (To be Filed Under Seal) |
| **Exhibit 8** | First Version of Overdetention Reports (Defendants' Answers to Interrogatory No. 2) |
| **Exhibit 9** | Second Version of Overdetention Reports (As reported to D.C. Council) |
| **Exhibit 10** | Third Version of Overdetention Reports (As reported by Defendant Myrick) (To be Filed Under Seal) |
| **Exhibit 11** | Jack Jones Personnel File (To be Filed Under Seal) |
| **Exhibit 12** | District of Columbia's Responses to Requests for Admissions |
| **Exhibit 13** | Court View for Case 2014 CMD 004452 |
| **Exhibit 14** | Court View for Case 2012 CMD 007806 |
| **Exhibit 15** | JUSTIS for Case 2012 CMD 007806 |
| **Exhibit 16** | Lindsay Expert Report |

| | |
|---|---|
| **Exhibit A** | Deposition of Gregory Smith |
| **Exhibit B** | Deposition of Jeanette Myrick (November 23, 2015) |
| **Exhibit C** | Deposition of Jeannette Myrick (March 4, 2016) |
| **Exhibit D** | Deposition of Jack Jones |
| **Exhibit E** | Deposition of Robilyn Brown |
| **Exhibit F** | Deposition of Fred Thompson |
| **Exhibit G** | Deposition of David Neumann |
| **Exhibit H** | Deposition of Svetlana Polonchuk |