UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No 1:15-cv-00161-ABJ ) |
| DISTRICT OF COLUMBIA, | ) ) |
| Defendants. | ) ) ) |

# JOINT STATUS REPORT

Pursuant to the Court's Minute Order on June 12, 2018, Plaintiff Gregory Smith and Defendants, hereby submit the Parties' Joint Status Report:

1. The Parties mediated this case before Magistrate Judge Harvey on June 5, 2018 and again on July 11, 2018.

2. Through mediation, the Parties have settled this case in part as follows:

    a. The Parties have settled Counts II-IV as to all Defendants in consideration for payment to Plaintiff in an agreed upon amount that is to be made by the District of Columbia within sixty (60) days of the District's receipt from the Plaintiff of an executed release.

    b. Count I (42 U.S.C. 1983) will proceed to a bench trial against the District of Columbia as to liability to determine if Plaintiff is a prevailing party under 42 U.S.C. 1988 solely for purposes of determining Plaintiff's eligibility to costs and attorney's fees. Plaintiff seeks no additional damages as to any claims.

    c. All offers of judgment made pursuant to Fed. R. Civ. P. 68 previously made by the District of Columbia in this case are hereby withdrawn.

3. The Parties respectfully request a status hearing or a telephone conference for purposes of scheduling the bench trial as to Count I.

Dated: July 12, 2018

Respectfully submitted,

| | |
|---|---|
| KLAPROTH LAW PLLC<br><br>/s/ Brendan J. Klaproth<br>Brendan Klaproth (D.C. Bar No. 999360)<br>Jesse C. Klaproth (D.C. Bar No. PA0063)<br>406 5th Street NW, Suite 350<br>Washington, DC 20001<br>Tel:  202-618-2344<br>Fax:  202-618-4636<br>Email: Bklaproth@klaprothlaw.com<br><br>LAW OFFICE OF DAVID AKULIAN<br><br>/s/ David Akulian<br>David Akulian #1005750<br>406 5th St. NW #201<br>Washington, D.C. 20001<br>Tel: 202-505-2113<br>Fax: 202-204-5291<br>info@NotGuiltyInDC.com<br>*Attorneys for Plaintiff* | KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>GEORGE C. VALENTINE<br>Deputy Attorney General,<br>Civil Litigation Division<br><br> /s/ Michael K. Addo<br>_____<br>MICHAEL K. ADDO<br>D.C. Bar No. 1008971<br>Chief, Civil Litigation Division, Section 1V<br><br> /s/ Alicia M. Cullen<br>_____<br>ROBERT A. DEBERARDINIS, JR.<br>D.C. Bar No. 335976<br>ALICIA M. CULLEN<br>D.C. Bar No.1015227<br>Assistant Attorney General<br>441 Fourth Street, NW, Suite 630 South<br>Washington, DC 20001<br>(202 724-6642; (202) 442-9840<br>(202) 741-8895; (202) 715-7721 (facsimile)<br>robert.deberardinis@dc.gov;<br>alicia.cullen@dc.gov |