UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| GREGORY SMITH, )<br>    )<br>    Plaintiff, )<br>    )<br>v. )<br>    )<br>DISTRICT OF COLUMBIA, *et al.*, )<br>    )<br>    Defendants. )<br>    ) | Case No. 15-CV-161 (ABJ) |

### PRAECIPE

Defendant District of Columbia (the District), through counsel, attaches Defendant's Exhibit No. 18 which was omitted from the binders that were delivered to chambers yesterday, December 10, 2018, pursuant to the Court's July 26, 2018 [90] and October 18, 2018 Orders [97]. *See* Exhibit A.

Date:  December 11, 2018

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Michael K. Addo
MICHAEL K. ADDO
D.C. Bar No. 1008971
Chief, Civil Litigation Division, Section IV

/s/ Alicia M. Cullen
ROBERT A. DEBERARDINIS, JR.
D.C. Bar No. 335976
ALICIA M. CULLEN
D.C. Bar No. 1015227

1

Assistant Attorney General
441 Fourth Street, NW, Suite 630 South
Washington, DC 20001
(202 724-6642; (202) 442-9840
(202) 741-8895; (202) 715-7721 (facsimile)
robert.deberardinis@dc.gov; alicia.cullen@dc.gov

*Counsel for Defendant District of Columbia*