UNITED STATES DISTRICT COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

GREGORY SMITH,

    Plaintiff,

    v.

DISTRICT OF COLUMBIA, *et. al.,*

    Defendants.

Case Number: 1:15-cv-0016 (ABJ)

## DEFENDANT DISTRICT OF COLUMBIA'S FIRST AMENDED ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. 33, 26(e), Defendant District of Columbia (the District), by and through counsel, maintains its objections and amends its response to Plaintiff's First Set of Interrogatories, and states as follows:

(a) The information supplied in these answers is not based solely on the knowledge of the executing party, but includes knowledge of the party, its agents, representatives, and attorneys, unless privileged.

(b) The word usage and sentence structure may be that of the attorney assisting in the preparation of these answers and thus, does not necessarily purport to be the precise language of the executing party.

(c) The District reserves the right to amend, revise, or supplement its answers to these interrogatories if and when new or different information becomes available.

(d) For any additional responsive information made available through deposition testimony, the District incorporates such information for the purposes of giving Plaintiff notice that such information exists, but does not adopt such testimony as accurate and complete.

1

(e) The District may provide documents, which will answer Plaintiff's interrogatory in accordance with Fed. R. Civ. P. 33.

### General Objections

The District objects to the production of any documents or information, which is protected by the attorney-client privilege, deliberative process privilege, work product doctrine or any similarly recognized privilege. Inadvertent production of any information or documents so privileged does not constitute a waiver of such privilege or any other grounds for objecting to the discovery request. Additionally, defendant objects to any part of the plaintiff's instructions which seeks to impose any discovery requirements outside the scope of the rules, especially any obligation to produce information not in the defendant's control or not currently known to it after reasonable inquiry.

### ANSWERS TO INTERROGATORIES

**INTERROGATORY 7:**

State in detail why Gregory Smith was detained by the D.C. Department of Corrections between March 18, 2014 and April 10, 2014.

**ANSWER: Upon information and belief, Inmate Gregory Smith was arrested and ordered held in case numbers 2012 CMD 4452 and 2012 CMD 7806 from March 15, 2014 until his ordered released on March 18, 2014. The release order in case number 2012 CMD 4452 was received and promptly processed. Although the release order in 2012 CMD 7806 was received by the Records Office at 9:33PM on March 15, 2014, the order was not processed by Records Office staff.**

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

_____
JEANETTE MYRICK
Correctional Program Administrator

Date Executed: __12/11/18__

As to objections:

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General Civil Litigation Division

/s/ Michael K. Addo
Chief, Civil Litigation Division, Section IV

/s/ Alicia M. Cullen
ROBERT A. DEBERARDINIS, JR.
D.C. Bar No. 335976
ALICIA M. CULLEN
D.C. Bar No.1015227
Assistant Attorney General
441 Fourth Street, NW, Suite 630 South
Washington, DC 20001
(202 724-6642; (202) 442-9840
(202) 741-8895; (202) 715-7721 (facsimile)
robert.deberardinis@dc.gov; alicia.cullen@dc.gov
*Counsel for Defendant District of Columbia*

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2018, a true copy of the foregoing First Amended Answers to Plaintiff's First Set of Interrogatories were sent via email and first-class mail, postage pre-paid to:

Brendan Klaproth, Esq.
Klaproth Law PLLC
406 5th Street NW
Suite 350
Washington, DC 20001
Email: Bklaproth@klaprothlaw.com

David Akulian, Esq.
406 5th Street NW
Suite 200
Washington, DC 20001
Email: info@NotGuiltyInDC.com

/s/ Alicia M. Cullen
ALICIA M. CULLEN
Assistant Attorney General