UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GREGORY SMITH, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 15-0161 (ABJ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On February 25, 2019, with the consent of the parties, the Court conducted a bench trial on what remains of Count I, plaintiff's claim that the defendant District of Columbia is liable under 42 U.S.C. § 1983 and *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978) for the deprivation of plaintiff's constitutional rights. Pursuant to Federal Rules of Civil Procedure 52 and 58, based on the evidence adduced at trial, [Dkt. # 112], the exhibits and deposition excerpts submitted by the parties, and the Court's Findings of Fact [Dkt. # 126], and for the reasons stated on the record at the hearing on December 22, 2020, the Court hereby enters judgment in favor of the District of Columbia on Count I.

This is a final appealable order.

AMY BERMAN JACKSON
United States District Judge

DATE: December 22, 2020